IN THE UNITES STATES DISTRCT COURT
IN AND FOR SOUTHERN DISCT OF FLORIDA
CASE NO.

REYES HERNANDEZ GONZALES

    Plaintiffs,

v.

1. NICOLAS MADURO MOROS,
2. DIOSDADO CABELLO RONDON,
3. VLADIMIR PADRINO LOPEZ,
4. EL CARTEL DE LOS SOLES (THE SUN CARTEL),
5. PETROLEOS DE VENZUELA, S.A (aka) PDVSA,
6. SAMAR LOPEZ BELLO,
7. WILMER ARCANGEL RODRIGUEZ,
8. CONSTANTINO PADRINO LOPEZ,
9. MIGUEL ÁNGEL TOVAR MATHEUS
10. RAMON ALONSO CARRIZALES

    Defendants.
_____/

**DEMAND FOR JURY TRIAL**

## VERIFIED COMPLAINT FOR DAMAGES AGANST ALL DEFENDANTS

**COME NOW** Plaintiff, REYES HERNANDEZ GONZALEZ by and through undersigned counsels, pursuant to the Federal anti-terrorism Act for facilitating or furthering terrorism as defined under U.S.C. 18 U.S.C. §2333, and F.S. §772.13, defendants, for damages, and in support thereof state as follows:

## THE PARTIES

1. Plaintiff Reyes Hernandez Gonzalez is a former Venezuelan rancher that was subject to terrorism and barbaric acts of terrorism, as defined herein, for failure to participate in the advancement of the Sun Cartel (Cartel de los Soles) advancement of terrorism and drug trafficking.

2. Plaintiff is a third-generation rancher, farmer, and dairy product manufacturer in the state of Apure, Venezuela. The property contains 8,200 acres which contain the estate, dairy farm, cheese factory and over 10,000 heads of cattle. "The farm name is Hato Chaparralito" which contained a lawful airstrip as approved by the Civil aeronautical Authority of Venezuela. The farm and landing strip are is strategically located and is where the defendants operate their enterprise route to Guatemala, Honduras, Nicaragua and Dominical Republic. The subject property farm is of strategic importance to the narco-terrorism cartel because the property has a navigable body of lake that enters into the Arauca river where Colombia and Venezuela join and the territory is controlled by FARC Revolutionary Armed Forces of Colombia (Fuerzas Armadas Revolucionarias de Colombia), a far-left Marxist–Leninist guerrilla group that engaged in a civil conflict in Colombia for over five decades. Thus, a simple water trip, in waters control by the FARC, they gain access the subject property dock and airstrip, where defendants ship their cocaine and drugs to Central and South America, for subsequent delivery to the United States.

3. The farm and business on the property are valued over $300,000,000.00 dollars. Plaintiff also suffered personal injury torturous acts by defendants such as electronic shocks to render Plaintiff to transfer enormous amount of money in cash in United States currency dollars to the organized criminal enterprise, and their members defendant's.

4.     Defendants jointly seized by force cattle valued at over $ 11,000,000, 7,300 heads of buffalo at a cost value of $11,000,000.00. Plaintiff further lost at the hands of the defendant's criminal organization (Cartel of the Suns) several businesses. The motorcycle dealership with over $2,000 motorcycles that are seen transporting the paramilitary advancement of the narco-revolution organization. The Criminal enterprise also by force took and seized a John Deere Dealership with over 24 John Deer new tractors and 55 Caterpillar tractors as valued *infra*.

5.     Defendants in the advancement of their narco-criminal terrorism organization also seized by physical force a Milk producing farm which produced approximately 15 % of the Local milk consumption, valued as defined infra.

6.     5.     Defendants in the advancement of their narco-criminal terrorism organization also seized by physical force a cheese factory employing over 200 direct and indirect employees valued as aver *infra*.

7.     Defendants in the advancement of their narco-criminal terrorism organization also seized Puerto La Cruz, Anzoátegui state, Isla Paraíso residential complex, $1.5 million. Main the residence where Plaintiff lived with his family in Caracas, Alto Prado neighborhood, this is where Plaintiff lived with the family and valued at over. $6.500.000.00 dollars.

8.     Defendant Nicolás Maduro Moros is a Venezuelan self-proclaimed leader of the Cartel of the Suns and has served as a union former union leader and dictator who has been serving as the 53rd president of Venezuela since 2013. A member of the United Socialist Party (PSUV), he previously served as the 24th vice president under President Hugo Chávez from 2012 to 2013 and was also the Minister of Foreign Affairs from 2006 to 2012. under Maduro's administration, more than 20,000 people have been subject to extrajudicial

killings and over <u>seven million Venezuelans</u> have been forced to flee the country[1]. Nicolás Maduro Moros became president of Venezuela following Hugo Chavez's death in 2013 and declared victory in a presidential election in 2018. In 2019, the National Assembly of Venezuela invoked the Venezuelan constitution and declared that Maduro had usurped power and was not the president of Venezuela. Since 2019, more than 50 countries, including the United States, have refused to recognize Maduro as Venezuela's head of state.

9. In the July 2024 Venezuelan presidential election, Maduro again declared himself the victor despite evidence to the contrary. The United States joined many other countries in refusing to recognize Maduro as the legitimately elected president in the 2024 contested election.

10. Maduro helped manage and ultimately lead the Cartel of the Suns, a Venezuelan drug-trafficking organization comprised of high-ranking Venezuelan officials. As he gained power in Venezuela, Maduro participated in a corrupt and violent narco-terrorism conspiracy with the Revolutionary Armed Forces of Colombia (FARC), a designated Foreign Terrorist Organization. Maduro negotiated multi-ton shipments of FARC-produced cocaine; directed the Cartel of the Suns to provide military-grade weapons to the FARC; coordinated with narcotics traffickers in Honduras and other countries to facilitate large-scale drug trafficking; and solicited assistance from FARC leadership in training an unsanctioned militia group that functioned, in essence, as an armed forces unit for the Cartel of the Suns.

11. On August 7, US Attorney General Pam Bondi announced a $50 million reward for information leading to the arrest of Venezuelan President Nicolás Maduro, who has been

---

[1] Venezuela Events of 2022. Archived 3 December 2023 at the Wayback Machine Human Rights Watch. 2022. "Venezuelan 'death squads' killed thousands and covered it up, UN says". The Independent. 5 July 2019. Archived from the original on 2 August 2019. Retrieved 2 August 2019.

facing formal drug trafficking charges from the Justice Department since 2020. Attorney General Pam Bondi declared that Maduro "is one of the most powerful drug traffickers in the world and a threat to the national security" of the United States.

12. On or about January 20, 2017, defendant Maduro Moros sent his primary member of the criminal enterprise Diosdado Cabello Rondon along with strong arm to the ranch Hato Chaparralito to force Plaintiff into selling the farms and businesses to him for $13,000,000.00. When Plaintiff failed to acquiesce and surrender to their criminal organization, they took the farm, business by force and placed Plaintiff under an extra judicial arrest, taking over to jail where he was physically tortured, electrocuted, beaten 3.5 years and a subsequent re-arrest without any judicial order or probable cause. The second time the arrest was to placed him under knowledge that his family was also arrested and would not be released unless he surrendered for the second time.

13. In March 2020, Maduro was charged in the Southern District of New York for narco-terrorism, conspiracy to import cocaine, possession of machine guns and destructive devices, and conspiracy to possess machine guns and destructive devices. He has been designated by the United Staes as Foreign Narcotics Kingpin Designation.

14. Defendant Diosdado Cabello Rondon, who currently serves as Minister of Interior, Justice and Peace since 2024. Cabello is a former member of the National Assembly of Venezuela, where he previously served as Speaker. He is also an active member of the Venezuelan armed forces, with the rank of captain. Cabello played a key role in Hugo Chávez's return to power following the 2002 Venezuelan coup d'état attempt. He became a leading member of Chavez's Movimiento V República (MVR) and remains a leading member of the ruling United Socialist Party of Venezuela, into which MVR was merged in 2007. Governor of Miranda state from 2004 to 2008, lost the 2008 election to prominent

opposition leader Henrique Capriles Radonski and was subsequently appointed Public Works & Housing Minister. In November 2009, he was additionally appointed head of the National Commission of Telecommunications, a position traditionally independent from the Ministry of Public Works and Housing. In 2010, he was elected a member of parliament by his home state of Monagas. In 2011, President Hugo Chávez named him the vice president of Venezuela's ruling party, the PSUV. In 2012, he was elected and sworn in as President of the National Assembly of Venezuela, the country's parliament. He was elected president of the National Assembly each year until 2016. He was the second and last president of the 2017 National Constituent Assembly. Defendant Cabello Rondon is a leading figure of the Cartel of the Suns and played a crucial part in the intimidation, forcing physical and emotional injury to Plaintiff for not selling the farm and business to him and their Cartel of the Suns. Presently he serves a vice-president of the Maduro regime, he is in many ways the power behind the thrown of Maduro.

15. Defendant EL CARTEL DE LOS SOLES (THE SUN CARTEL), is a criminal organization comprise of defendants and other unnamed defendants which use terror to traffic drugs through Venezuela as a to portrait and advance narco-terrorism throughout Latin American and the United States. The cartel of the Suns involves the Venezuelan Military which manages and directs the narco-traffic of drugs using terror, nonjudicial arrests and killings to all that stand in the way of shipping drugs to the United States and Europe. The Cartel by and through codefendant Petroleos de Venezuela ship and use cheap crude oil to transport their drugs through the world.

16. Defendant Petroleos De Venezuela, S.A. (PDVSA) is the axis of narco-terrorism. It is through the enterprise that the Cartel de Los Soles (Suns Cartel) employs military personnel to direct operation clandestine shipments of drugs and other contraband. The cartel driven company

is the Venezuelan state-owned oil and natural gas company. It has activities in exploration, production, refining and exporting oil as well as exploration and production of natural gas. Since its founding on January 1, 1976, with the nationalization of the Venezuelan oil industry, PDVSA has dominated the oil industry of Venezuela, the world's fifth largest oil exporter. With PDVSA focusing on political projects instead of oil production, mechanical and technical statuses deteriorated while employee expertise was removed following thousands of politically motivated firings. Incompetence within the company has led to serious inefficiencies and accidents and to endemic corruption, at least US $11 billion was stolen between 2004 and 2015 by the cartel of the Suns. It is from the Cartel endemic corruption that Diosdado Cabello was going to use PDVSA money to acquire the sale of Plaintiff ranch and business. Subsequently, Nicolas Maduro and Diosdado Cabello ordered the extra judicial arrest and torture of Plaintiff and subjected Plaintiff to torture for three years, and later again for another two years as explained and averred herein.

17.     Defendant Samar Lopez Bello is the de facto straw franchisee of codefendant PDVSA, Lopez Bello provided material assistance and financial support to international narcotics trafficking activities, by -inter alias- being the sole seller of the Cartel crude oil exports. For more than two years, Lopez Bello along codefendants defrauded Plaintiff and profited from many of cattle heads stored and present at "The farm name is Hato Chaparralito". Lopez Bello oversees an international network of petroleum, distribution, engineering, telecommunications, and asset holding companies: Alfa One, C.A. (Venezuela), Grupo Sahect, C.A. (Venezuela), MFAA Holdings Limited (British Virgin Islands), Profit Corporation, C.A. (Venezuela), Servicios Tecnologicios Industriales, C.A. (Venezuela), SMT Tecnologia, C.A. (Venezuela), and Yakima Trading Corporation (Panama). Another entity, Yakima Oil Trading, LLP (United Kingdom), is owned, controlled, or directed by, or acting for or on behalf of, Yakima Trading Corporation

(Panama). Profit Corporation, C.A. and SMT Tecnologia, C.A. have Venezuelan government contracts. Between 2009 and 2010, Grupo Sahect C.A. provided storage and transportation services for the Venezuelan government agency Productora y Distribuidora de Alimentos, S.A. (PDVAL). He also owns interest in real property contained in Miami Dade County.

18. Defendant Wilmer Arcangel Rodriguez serves as the governor of the Apure State and is currently the eleventh Governor of Apure State. He was acting as a governor from September 10, 2024, until taking office after being elected to office on June 6, 2025, the cartel. On Monday, March 31, 2025, the PSUV general secretary had announced that Rodriguez would be the candidate for the Governorship of Apure in the 2025 Venezuelan regional elections, the election which where fraudulent and viciously taken from the people of Venezuela. Wilmer Arcangel Rodriguez with the aid and assistance from Diosdado Cabello took possession of the property, ranch and dealerships to provide Cartel motorcycles (2,000 units) and ranch farming equipment. Defendant Wilmer Arcangel Rodriguez serves as the governor of the Apure State and is currently the eleventh Governor of Apure State. He was acting as a governor from September 10, 2024, until taking office after being elected to office on June 6, 2025. On Monday, March 31, 2025, the PSU(Venezuelan Socialist Party) general secretary had announced that Rodriguez would be the candidate for the Governorship of Apure in the 2025 Venezuelan regional elections, the election which where fraudulent and viciously taken from the people of Venezuela. Wilmer Arcangel Rodriguez with the aid and assistance from Diosdado Cabello took possession of the properties, ranch and dealerships to provide Cartel motorcycles (2,000 units) and ranch farming equipment.

19. Defendant Constantino Padrino Lopez is the brother of co-defendant Vladimir Padrino Lopez, minister of arm forces, and serves as his brother straw representative. Constantino Padrino Lopez operates all ports in Puerto Cabello and maintains sole

franchise over the seaports through in part a company named Merco-Aduana. He is responsible for all cargo in and out of Puerto Cabello. Constantino Padrino López, ID No. 6,925,813, resides in Altos de Barinas, in Barinas State, Venezuela. Constantino is responsible on behalf of his brother (Valdimir Padrino Lopez, defense minister) for extorting all businessmen and cattle ranchers in Venezuela, in addition to serving as a liaison with drug trafficking operations in Apure state, where he is currently active at the airstrip of the "Chaparralito estate".

20. Constantino Padrino Lopez and Miguel Angel Tovar Matheus registered their companies in Florida using the same agent, George Dahl, and shared the same address for several of the firms: 12250 Menta Street, Suite 105, Orlando, FL 32837. These Florida-based companies operated for years under a low public profile, presenting Tovar Matheus as merely a businessman in construction and provider of products for Venezuela's oil industry and state-owned companies, including CAVIM (Venezuelan Company of Military Industries), in which Vladimir Padrino holds significant influence and control. Tovar Matheus registered companies in Florida, even including his family as part of the board, as seen in public records from the state. The companies were mostly used as vehicles for money laundering and fund transfers to other accounts, often placing third parties as legal representatives to avoid detection by authorities.

21. Five U.S. companies owned or controlled by Lopez Bello and/or MFAA Holdings Limited have also been blocked as part of action by the United States of America. These entities are the following limited liability companies registered in Florida: 1425 Brickell Ave 63-F LLC; 1425 Brickell Avenue Unit 46B, LLC; 1425 Brickell Avenue 64E, LLC; Agusta Grand I LLC; and 200G PSA Holdings LLC. Additionally, a U.S.-registered aircraft with the tail number N200VR has been identified as blocked property owned or controlled by 200G

PSA Holdings LLC. As a result of today's action, significant real property and other assets in the Miami, Florida area tied to Lopez Bello have been blocked.

22. Later, Tovar Matheus began exploring other countries to establish new companies while avoiding attention from law enforcement. He looked at Italy, Spain, and other European countries, forming strategic partnerships with Eastern European firms, particularly in Russia. He also considered South America, especially Colombia, his wife's country of birth. Some of the companies with U.S. and European ties include: a Venezolana de Transportes y Construcciones VTC C.A. Lubricantes y Equipos Varyna C.A. VTC Petroleum Equipment Parts & Supplies INC. These companies claimed to offer services to entities like PDVSA, Venezuela's oil company, and its joint ventures, as well as the Ministry of Agriculture and Land, among others. They promoted themselves as major players in Latin America with a large fleet of heavy-duty vehicles and civil construction equipment, and they offered procurement, export/import services, as well as oilfield equipment and fluids for optimizing oil and gas well production. Fearing potential U.S. prosecution, Miguel Ángel Tovar Matheus shut down VTC Petroleum Equipment, Parts & Supplies INC, which had been registered on December 5, 2015 in Florida under number P15000042516, FEI/EIN: 81-0971046. Tovar himself was the registered agent.

23. Defendant Ramón Alonso Carrizalez Rengifo, Venezuelan, civilly able, bearer of identity card No. 2,516,238, residing in Venezuela in the Andrés Eloy Blanco Urbanization, Girardot Municipality of the State of Aragua, fifth house No. 68, street No. 2. Sanctioned by the USA, Canada, the European Union, Switzerland, Panama and member countries of the Inter-American Treaty of Reciprocal Assistance (TIAR) and drug trafficking.

24. Ramón Carrizalez is a retired Colonel of the FANB, commanding the Military Post of Elorza State Apure Francisco Farfán Motorized Squadron in Elorza in the 80s, together with

Hugo Chávez, from there he wove a close relationship with the irregular groups FARC and ELN.

25. After the military coup of Ramón Carrizalez held different positions in the government of Hugo Chávez, including Minister of Infrastructure, Minister of Defense and Vice President of the Republic, from where he operated to favor the qualitative impulse of the Cartel of the Suns, giving the concession of the PEQUIVEN State Petrochemical, in the area of urea production and marketing to the renowned drug trafficker Walid Mackled, it was also sold by the state airline AEREOPOSTAL to Mackled, to constitute the air routes through civil aeronautics, he gave a concession for the management of Puerto Cabello, one of the main ports of Venezuela, to Mackled's companies, thus constituting the reinforcement of the cartel of the soles with the control of important areas of the state structures and with civilian figures dependent on them in the management, having the FANB with a functional step of the poster.

26. Later, Ramón Carrizalez would end up being Governor of the State of Apure for 10 years, where he would reform the delivery of territory to irregular groups and drug trafficking cartels for the planting of cocaine, production through laboratories and commercialization in conjunction with the Mexican and Colombian cartels, facilitating the construction of clandestine airstrips in different sectors of the state of Apure.

27. Ramón Carrizalez is the one who was is charge of requesting the expropriation of the Hato Chaparralito, due to its strategic location on the border, and with innumerable rivers from Colombia that flow in the vicinity of the ranch, to build in it a criminal emporium at the service of illegal economies, in principle an active, private, absolutely legal runway with constant observations and being able to be verified by members of the security agencies not associated with the Cartel of the Suns, it constituted a risk and above all a hindrance to the operations carried out in the area. On 25 February 2019, the Office of Foreign Assets Control

11
**PALOMARES-STARBUCK & ASSOCIATES**

(OFAC) of the United States Department of the Treasury placed sanctions in effect against Ramón Carrizalez.

28. To this day, Ramón Carrizalez is considered a foreign minister of drug trafficking, a valid voice in the articulation with all the cocaine trafficking organizations in the world.

29. This lawsuit is being filed to ensure Plaintiff's receive fair compensation for the injuries caused by Defendants actions.

## JURISDICTION

30. This is an action for damages in which the amount in controversy exceeds the sum of $75,000.00 exclusive of interest, costs and attorney's fees. The Court has jurisdiction pursuant to 18 U.S. Code § 2333 – The court also has supplemental jurisdiction pursuant to 28 U.S.C §1367 for Florida's anti-terrorism Act under defined by F.S. §772.13. The claims are so related that they form part of the same case and controversy.

31. Venue is proper because codefendants operated in the City of Doral, and the City of Miami, in Miam Dade County Florida to advance the narco-terrorism finances within the jurisdiction of this Honorable Court. Defendnats have all been indicted in the United States and been designated by the United States as narco-terrorists, or under the United States narco-kingpin designation.

32. In an action under subsection (a) for an injury arising from an act of international terrorism committed, planned, or authorized by an organization that had been designated as a foreign terrorist organization under section 219 of the Immigration and Nationality Act (8 U.S.C. 1189), as of the date on which such act of international terrorism was committed, planned, or authorized, liability may be asserted as to any person who aids and abets, by knowingly providing substantial assistance, or who conspires with the person who committed such an act of international terrorism.

33. For purposes of section 201 of the Terrorism Risk Insurance Act of 2002 (28 U.S.C. 1610 note), in any action in which a national of the United States has obtained a judgment against a terrorist party pursuant to this section, the term "blocked asset" shall include any asset of that terrorist party (including the blocked assets of any agency or instrumentality of that party) seized or frozen by the United States under section 805(b) of the Foreign Narcotics Kingpin Designation Act (21 U.S.C. 1904(b)). (Added Pub. L. 102–572, title X, § 1003(a)(4), Oct. 29, 1992, 106 Stat. 4522; amended Pub. L. 103–429, § 2(1), Oct. 31, 1994, 108 Stat. 4377; Pub. L. 114–222, § 4(a), Sept. 28, 2016, 130 Stat. 854; Pub. L. 115–253, § 3(a), Oct. 3, 2018, 132 Stat. 3183.)

WHEREFORE, Plaintiff demand judgment against Defendant(s) for all damages allowed by law, taxable costs, and prejudgment interest, if applicable.

## COUNT I
## CLAIM PURSUANT VIOLATION OF INTERNATIONAL TERRORISM ACT
### Under 18 U.S.C. § 2333 et seq.
### (as to all defendants)

34. Plaintiffs incorporate and reallege all previously stated paragraphs herein and further states:

35. Pursuant to §2333, civil remedy for terrorism or facilitating or furthering terrorism.— (1) A person who is injured by an act of terrorism as defined in any national of the United States injured in his or her person, property, or business by reason of an act of international terrorism, or his or her estate, survivors, or heirs, may sue therefor in any appropriate district court of the United States and shall recover threefold the damages he or she sustains and the cost of the suit, including attorney's fees.

36. Defendants jointly and severally with the purpose and intent to cause Plaintiff physical injuries by torture in and extra judicial arrest by causing torture for not surrendering

to the sale of the "The farm name is Hato Chaparralito". Extra judicially Jailed Plaintiff for over three years, as exhibit by the complaint, subjected Plaintiff to torture, terror and intimidation at the heads of the defendants to advance the Cartel of the Suns objective to achieve narco-terrorism gains by the process of terrorism, torture and physical injuries, as well as loss of property and valuables. Some of the property takes without compensation or without a court order include:

The farm known as Hato Chaparralito is valued at more than $300,000,000.00. The cost of the last inventory that was made, appraisal in 2017, was worth $80,000,000. Expropriated animals: 7,557 bovine animals—cows, heifers, young cows—valued at $11,000,000. Defendants appropriated buffaloes: 3,750, valued at $7.5 million. Four 8x8 Caterpillar trucks, 3 motor graders, four Jumbo, four 20 Caterpillar, 9 agricultural tractors, John Deere 180 horsepower, enclosed cabins with A/C, 11 Kenworth trucks, 5 electric generators, Caterpillar 500. Likewise, it employed 80 people directly and 130 indirect jobs with all the digital equipment and storage and refrigeration. That has a cost of $50,000,000. The Super Llantas dealer, the dealer cost to build in 2014 was $35,000,000. It had vehicle showroom, spare parts, workshop, and office area. 3,000 Vera brand motorcycles that were imported by Super llantas Import were stolen from that dealer, and the regime distributed them to armed colectivos that today resist and oppress the general population. The dealer cost $35,000,000, and the motorcycles are valued at $21,000,000. Also taken for the narco-terrorism cartel were 65 Ford Runners imported from the United States, purchased at Toyota Kendall by Super llantas Import dealer for $4,000,000, one Mercedes-Benz sedan 500, $110,000, a truck, four Sequoia trucks, $400,000.00 Also stolen were 65 Ford Runners imported from the United States, purchased at Toyota Kendall by Super llantas Import dealer for $4,000,000, one

Mercedes-Benz sedan 500, $110,000, a truck, four Sequoia trucks, $400,000. Along with 11 Ford trucks and a Porsche Carrera and two Silverado trucks for a total of $750,000.

37. Also appropriated to the cartel was a cattle ranch barn where an agricultural machinery importer operated with 45 John Deere tractors, enclosed with air conditioning, 220 HP, totaling $7,000,000. A GRAND SUM OF $517,160,000.00 in property damage. Personal injury, torture, and corporal torture.

WHEREFORE, Plaintiff demands judgment against Defendant(s) judgment against Defendant(s) for all damages allowed by law, taxable costs, and prejudgment interest, if applicable. Attorney fees and costs.

## COUNT II
### Claim pursuant to F.S. § 772.13
### (as to all defendants)

38. Plaintiffs incorporate and reallege all previously stated paragraphs herein and further state:

39. Pursuant to F.S. § 772.13, civil remedy for terrorism or facilitating or furthering terrorism.—

    (1) A person who is injured by an act of terrorism as defined in any national of the United States injured in his or her person, property, or business by reason of an act of international terrorism, or his or her estate, survivors, or heirs, may sue therefor in any appropriate district court of the United States and shall recover threefold the damages he or she sustains and the cost of the suit, including attorney's fees.

40. Defendants jointly and severally with the purpose and intent to cause Plaintiff physical injuries by torture in and extra judicial arrest by causing torture for not surrendering to the sale of the "The farm name is Hato Chaparralito". For over three years, as exhibit by the complaint exhibits subjected Plaintiff to torture, terror and intimidation at the heads of the defendants to advance the Cartel of the Suns objective to achieve narco-terrorism gains by

15
**PALOMARES-STARBUCK & ASSOCIATES**

the process of terrorism, torture and physical injuries, as well as loss of property and valuables. Some of the property takes without compensation or without a court order include:

41. The harm known as Hato Chaparralito valued at more than $300,000,000.00. The cost of the last inventory that was done, appraisal in 2017, was worth $80,000,000. Expropriated animals: 7,557 bovine animals—cows, heifers, young cows—valued at $11,000,000. Appropriated themselves of 3,750 buffaloes, valued at $7.5 million. Four 8x8 Caterpillar trucks, 3 motor graders, four Jumbo, four 20 Caterpillar, 9 agricultural tractors, John Deere 180 horsepower, enclosed cabins with A/C, 11 Kenworth trucks, 5 electric generators, Caterpillar 500. Likewise, it employed 80 people directly and 130 indirect jobs with all the digital equipment and storage and refrigeration. That has a cost of $50,000,000. The Super Llantas dealer, the dealer cost to build in 2014 was $35,000,000. It had vehicle showroom, spare parts, workshop, and office area. 3,000 Vera brand motorcycles that were imported by Super llantas Import were stolen from that dealer, and the regime distributed them to armed colectivos that today resist and oppress the general population. The dealer cost $35,000,000, and the motorcycles are valued at $21,000,000. Also taken for the narco-terrorism cartel were 65 Ford Runners imported from the United States, purchased at Toyota Kendall by Super llantas Import dealer for $4,000,000, one Mercedes-Benz sedan 500, $110,000, a truck, four Sequoia trucks, $400,000 Also stolen were 65 Ford Runners imported from the United States, purchased at Toyota Kendall by Super llantas Import dealer for $4,000,000, one Mercedes-Benz sedan 500, $110,000, a truck, four Sequoia trucks, $400,000. Along with 11 Ford trucks and a Porsche Carrera and two Silverado trucks for a total of $750,000.

42. Also appropriate was a cattle ranch barn where an agricultural machinery importer operated with 45 John Deere tractors, enclosed with air conditioning, 220 HP, totaling $7,000,000.

43. A GRAND SUM OF $517,160,000.00 in property damage. Personal injury, torture, and corporal torture pain and suffering according to proof.

WHEREFORE, Plaintiffs demand judgment against Defendant(s) for all damages allowed by law, including personal injury property damage and consequential damages, taxable costs, and prejudgment interest, if applicable, attorney fees and costs, and a trial by jury.

Dated: September 2, 2025

I hereby verify as true all facts and allegations stated herein the complaint.

*[signature]*
Reyes Gabriel Hernandez (Sep 16, 2025 23:21:06 EDT)

Reyes Hernadez Gonzalez

                        Respectfully submitted,

                        **PALOMARES-STARBUCK & ASSOCIATES**
                        66 W. Flagler Street, Suite 601
                        Miami, Florida 33130
                        Telephone: (305) 537-9373
                        Facsimile: (305) 501-2366
                        E-Service E-mail: palolaw2@gmail.com
                        Secondary E-mail: palolaw@gmail.com

                        By:   */s/ Lorenzo J. Palomares-Starbuck*
                              Lorenzo J. Palomares-Starbuck, Esq.
                              Fla. Bar No. 100785